UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARL MARSCELLAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No. 13-cv-05806-BLF <br><br> **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |

At oral argument on June 26, 2014, counsel for Defendant Wells Fargo Bank, N.A. informed the Court that his client had reached a settlement with Plaintiffs in the above-captioned action. Counsel sought a continuance of the hearing on the Motion to Dismiss for thirty (30) days so as to file with the Court the necessary paperwork for settlement. The Court hereby GRANTS this request to continue the hearing on Defendant's Motion to Dismiss.

The Motion to Dismiss shall be set for hearing on July 31, 2014 at 9:00 a.m. If Defendant files with the Court a stipulated dismissal of the action before July 30, 2014, this hearing shall be taken off calendar and the clerk will close the case file.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
HON. BETH LABSON FREEMAN
United States District Judge